VITO A. ROSSI, COADMINISTRATOR (ESTATE OF GAETANO T. ROSSI), ET AL. *v.* WILLIAM H. STANBACK ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 31 Conn. App. 703 (AC 11297), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court committed reversible error by failing to provide the jury with separate plaintiffs' verdict forms for each count of the complaint?"

The Supreme Court docket number is SC 14827.

*Andrew J. O'Keefe,* in support of the petition.

*John Rose, Jr.,* in opposition.

Decided September 15, 1993

NATIONAL ELEVATOR INDUSTRY PENSION, WELFARE AND EDUCATIONAL FUND *v.* PETER SCRIVANI

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 728 (AC 11500), is granted, limited to the following issue:

"Having concluded that the attorney trial referee had not complied with the Practice Book by failing to find the facts, did the Appellate Court properly conclude that the case should be remanded to the same attorney trial referee for a finding of facts?"

The Supreme Court docket number is SC 14825.

*Stuart D. Rosen* and *Ann M. Siczewicz,* in support of the petition.

Decided September 15, 1993